**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal Case No. 03CR2789-L |
| Plaintiff, | ) **ORDER AND JUDGMENT** |
| v. | ) |
| MARTIN GOMEZ (3), | ) |
| Defendant. | ) |

This matter comes before the Court on the United States' motion to dismiss the Indictment and request to recall the arrest warrant as to Defendant Martin Gomez (3).

IT IS HEREBY ORDERED that the Indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the arrest warrant is recalled.

IT IS SO ORDERED

Dated: October 13, 2022

_____
Hon. M. James Lorenz
United States District Judge